UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE: APPLICATION OF JOSEPH BENKEL, FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. §1782<br><br>Applicant. | 20 Misc. 248 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court today held a conference on the 28 U.S.C. § 1782 motion pending in this case. The parties advised the Court that they have come to an agreement in principle and requested that the Court adjourn today's argument on the motion. As reflected in the transcript of today's conference, the Court granted that request and rescheduled argument for May 10, 2021 at 5 p.m. Due to the current public health situation, that conference will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. By noon on Friday, May 7, 2021, counsel are directed to file a status update stating whether a settlement has been finalized.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 26, 2021
 New York, New York